IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | |
|---|---|---|
| Civil Action: | 25-cv-02961-CNS-KAS | Date: February 12, 2026 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| Parties | Counsel |
|---|---|
| JRW FAMILY LIMITED PARTNERSHIP LLLP<br><br>**Plaintiff**<br><br>v.<br><br>BLUFFS OWNER LLC<br>SECURITY PROPERTIES RESIDENTIAL LLC<br>AMBIPAR HOLDINGS USA INC<br>**Defendants** | *Caitlin McHugh*<br>*Michael Miller*<br><br><br><br><br>*Douglas Poling*<br><br>*Sierra Epke* |

**COURTROOM MINUTES**

**ORAL ARGUMENT**

Court in Session: 10:33 a.m.

Appearance of counsel. Also present at defense table is Kelly Evans.

Argument given on [11] Defendant Ambipar Holding USA Inc.'s Motion to Dismiss Plaintiff's Claim for violation of the Common Law Accommodation Doctrine by Ms. Epke and Ms. McHugh with questions from the Court.

As outlined on the record, it is

**ORDERED:** **[11] Defendant Ambipar Holding USA Inc.'s Motion to Dismiss Plaintiff's Claim for Violation of the Common Law Accommodation Doctrine is GRANTED.**

Parties are to confer as to dismissal of the same claim against other two defendants within the next three weeks.

Discussion held on the Motion Hearing set in front of Magistrate Judge Starnella.

Court in Recess: 10:59 a.m.        Hearing concluded.        Total time in Court: 00:26

Case No. 1:25-cv-02961-CNS-KAS   Document 51   filed 02/12/26   USDC Colorado
pg 2 of 2